1 McGREGOR W. SCOTT
  United States Attorney
2 SAMANTHA S. SPANGLER
  Assistant U.S. Attorney
3 501 I Street, Suite 10-100
  Sacramento, California 95814
4 Telephone: (916) 554-2792

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,     )     CASE NO. CR.S 01-312 LKK
                                 )              CR.S 01-501 LKK
11              Plaintiff,        )
                                 )     ORDER AUTHORIZING PROBATION
12      v.                       )     OFFICER TO RELEASE RESULTS OF
                                 )     DRUG TESTS TO SACRAMENTO COUNTY
13 ERIC LONNIE NEILL,            )     PROBATION DEPARTMENT, DRUG
                                 )     DIVERSION PROGRAM
14              Defendant.       )
   _____)

15

16      The United States Probation Officer has advised that the

17 defendant is currently participating in a drug diversion program

18 through Sacramento County.  The United States Probation Officer has

19 also advised that, subsequent to being placed in that county drug

20 diversion program, the defendant has submitted, in connection with

21 his federal supervision, drug tests which were positive for the

22 unlawful use of a controlled substance.  The United States Probation

23 Officer has, therefore, requested permission to supply to the

24 Sacramento County Probation Department, Drug Diversion Program,

25 information relating to the defendant's positive drug tests.  That

26 request is granted.

27      The United States Probation Officer is hereby granted

28 authorization to supply to the Sacramento County Probation

                                   1

1  Department, Drug Diversion Program, information relating to the

2  defendant's positive drug tests.

3       IT IS SO ORDERED.

4  DATED:  April 18, 2006.            /s/ Lawrence K. Karlton
                                      LAWRENCE K. KARLTON, Judge
5                                     United States District Court