McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> ERIC LONNIE NEILL, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NOS. 2:01-cr-312 LKK <br>          2:01-cr-501 LKK <br> <br> ORDER GRANTING GOVERNMENT'S <br> MOTION FOR SENTENCE REDUCTION <br> PURSUANT TO RULE 35 <br> <br> <br> COURT:  Hon. Lawrence K. Karlton |

Good cause appearing, the Court hereby GRANTS the government's motion for a 45% reduction of the defendant's sentence, pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

The total sentence of 21-months incarceration in the custody of the Bureau of Prisons, imposed on September 26, 2006, is hereby reduced to a total sentence of a year and a day.

The Clerk of the Court is directed to serve a copy of this order on the Bureau of Prisons forthwith.

IT IS SO ORDERED.

DATED: June 1, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT