1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )    CASE NOS. 2:01-cr-312 LKK
                                )              2:01-cr-501 LKK
11           Plaintiff,         )
                                )    SEALING ORDER
12      v.                      )
                                )
13 ERIC LONNIE NEILL,           )
                                )
14           Defendant.         )    COURT:  Hon. Lawrence K. Karlton
   _____)

15

16     Good cause appearing, the Court hereby GRANTS the government's

17 request to seal the government's Rule 35(b) motion for reduction of

18 the defendant's sentence.  The motion shall remain under seal until

19 further order of this Court.

20     IT IS SO ORDERED.

21 DATED:  June 1, 2007

22

23

24

25

26

27

28