```
McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>ERIC LONNIE NEILL,<br>　　　　　Defendant.<br>_____ | CASE NOS. 2:01-cr-312 LKK<br>　　　　　　2:01-cr-501 LKK<br><br>STIPULATION AND ORDER REGARDING ORDER GRANTING GOVERNMENT'S MOTION FOR SENTENCE REDUCTION PURSUANT TO RULE 35<br><br>COURT:  Hon. Lawrence K. Karlton |

<u>Stipulation</u>

On June 1, 2007, the Court entered an order granting the government's motion for a reduction of the defendant's sentence, pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure. The Court reduced the total sentence of 21-months incarceration in the custody of the Bureau of Prisons, imposed on September 26, 2006, to a total sentence of a year and a day.  The parties now stipulate that an amended judgment should be entered which apportions the year-and-a-day sentence as follows:

　　　7 months on Case No. 2:01-cr-312,

　　　5 months plus 1 day on Case No. 2:01-cr-501, to be served consecutively to the sentence imposed on Case No. 2:01-cr-312.

///

1

    The parties further stipulate that, pursuant to Rule 43(b)(4) of the Federal Rules of Criminal Procedure, an amended judgment may be issued without a hearing.

DATED: June 5, 2007                    McGREGOR W. SCOTT
                                        United States Attorney

                              by    /s/ Samantha S. Spangler
                                    Samantha S. Spangler
                                    Assistant U.S. Attorney

DATED: June 5, 2007                    DANIEL J. BRODERICK
                                        Federal Defender

                              by    /s/ Samantha S. Spangler for
                                    Matthew C. Bockmon
                                    Assistant Federal Defender
                                    Counsel for Eric Lonnie Neill

## Order

    Good cause appearing, an amended judgment shall be issued showing that the year-and-a-day sentence of imprisonment in the custody of the Bureau of Prisons, imposed by this Court on June 1, 2007, upon granting the government's Rule 35(b) motion for a sentence reduction, shall be apportioned as follows:

    7 months on Case No. 2:01-cr-312,

    5 months plus 1 day on Case No. 2:01-cr-501, to be served consecutively to the sentence imposed on Case No. 2:01-cr-312.

    IT IS SO ORDERED.

DATED: June 5, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT